IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE LABORIN, | No. CIV S-08-1998-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| KEN CLARK, | |
| Respondent. | |
| _____ / | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is a motion for an extension of time (Doc. 11) to file a response to petitioner's petition. Good cause appearing therefore, the request is granted. The response is due within 30 days of the date of this order. Failure to comply with this order may result in the imposition of appropriate sanctions. See Local Rule 11-110.

IT IS SO ORDERED.

DATED: January 14, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1