IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSIE LABORIN,

      Petitioner,                            2: 08 - cv - 1998 - TJB

    vs.

KEN CLARK, Warden

      Respondent.                          ORDER

_____

      Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 30, 2010, the undersigned issued an order denying Petitioner's petition and judgment was entered.

      On October 6, 2011, Petitioner filed a motion for reconsideration of judgment pursuant to Federal Rule of Civil Procedure 60(b). On October 26, 2011, Respondent filed a motion for an extension of time to file a response to Petitioner's motion for reconsideration. Based upon the representations made and only for this request, it is determined that good cause has been shown, and the request is granted. Respondent is advised, however, that no further extensions of time will be granted, except for verified and extraordinary good cause shown.

      Accordingly, IT IS HEREBY ORDERED that:

      1.      Respondent's request filed October 26, 2011 for an extension of time to file a

1  response to Petitioner's motion for reconsideration is GRANTED; and

2.  Respondent shall have until November 28, 2011 to file a response to Petitioner's motion for reconsideration.

DATED: October 27, 2011

_____
TIMOTHY J BOMMER
UNITED STATES MAGISTRATE JUDGE